UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
*ATTORNEYS FOR DEFENDANTS*
58 South Service Road, Suite 410
Melville, New York 11747
(631) 247-0404

    ATTORNEYS OF RECORD:
        PAUL J. SIEGEL, ESQ.
        NOEL P. TRIPP, ESQ.

*VIA ECF*

------------------------------------------------------------X

RAUL MORENO, Individually, and on behalf of all others Similarly Situated,

                Plaintiffs,

-against-

Civ. No.: CV 11-0436

NASSAU COUNTRY CLUB and JIM COFFEY,

                Defendants.

------------------------------------------------------------X

TO:   STEVEN J. MOSER, ESQ.
        STEVEN J. MOSER, P.C.
        *ATTORNEY FOR PLAINTIFFS*
        One School Street, Ste. 303
        Glen Cove, New York 11542
        (516) 671-1150

## CERTIFICATE PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrates of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, "NASSAU COUNTRY CLUB" certifies that: (a) Defendant,

NASSAU COUNTRY CLUB is a private not-for profit corporation that is not publicly held and is not part of a publicly traded entity.

Dated: Melville, New York
       March 30, 2011

                                Respectfully submitted,

                                JACKSON LEWIS LLP
                                *ATTORNEYS FOR DEFENDANTS*
                                58 South Service Road, Suite 410
                                Melville, New York  11747
                                (631) 247-0404

By: _____
       PAUL J. SIEGEL, ESQ.
       NOEL P. TRIPP, ESQ.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2011, the enclosed CERTIFICATE PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE was electronically filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, the Eastern District's Local Rules, and the Eastern District's Rules on Electronic Service, as well as by Federal Express, upon the following parties and participants:

STEVEN J. MOSER, ESQ.
STEVEN J. MOSER, P.C.
ATTORNEY FOR PLAINTIFFS
One School Street, Ste. 303
Glen Cove, New York 11542

PAUL J. SIEGEL, ESQ.

4811-8190-4649, v. 1