**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RAUL MORENO, Individually, and on behalf of all others Similarly Situated | Case No. CV 11-0436 |
| Plaintiffs, | **STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT** |
| - against - | |
| NASSAU COUNTRY CLUB and JIM COFFEY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs and Defendants in the above-captioned matter as follows:

1. Defendant JIM COFFEY hereby waives service of process of the Complaint and accepts service of the Summons and Complaint on the date on which this stipulation is signed by his attorney.

2. The time for all Defendants to answer, move or otherwise respond to the Complaint is and shall be extended to and including April 20, 2011.

Dated: Glen Cove, New York
March 3 1 2011

Dated:  Melville, New York
March 31, 2011

STEVEN J MOSER, P.C.

By:
Steven John Moser
One School Street
Suite 303
Glen Cove, NY 11542
Tel: (516) 671-1150
Fax: (516) 882-5420
stevenjmoser@gmail.com
*Attorneys for Plaintiffs*

JACKSON LEWIS LLP

By:
Paul J. Siegel
58 South Service Road, Suite 410
Melville, New York 11747
Tel: (631) 247-4605
Fax: (631) 247-0425
siegelp@jacksonlewis.com
*Attorneys for Defendants*

SO ORDERED: _____

Honorable Joanna Seybert, U.S.D.J.