UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

| | | |
|---|---|---|
| **BEFORE:** | **ARLENE R. LINDSAY** | **DATE: 3/8/2012** |
| | United States Magistrate Judge | |
| | | **TIME: 12:30 p.m.** |

**DOCKET NO: CV 11-436 (JS)**

**CASE: Moreno v. Nassau Country Club**

\_\_\_   INITIAL CONFERENCE
_X_   STATUS CONFERENCE                              BY TELEPHONE\_\_\_
\_\_\_   SETTLEMENT CONFERENCE
\_\_\_   FINAL CONFERENCE  ORDER

| APPEARANCES: | FOR PLAINTIFF: | FOR DEFENDANTS: |
|---|---|---|
| | Steven Moser | Noel Tripp |

**The following rulings were made:**

    **On consent, the parties agree to dismissal of the case without prejudice.**

**SO ORDERED:**

_____/s/_____